### JOHN S. KARLS ET AL. *v.* CITICORP MORTGAGE COMPANY
### (14786)

Dupont, C. J., and Lavery and Heiman, Js.

Submitted on briefs December 14, 1995—decision released January 23, 1996

914

*John S. Karls*, pro se, *Andrea B. Karls*, pro se, and *Hilary M. Karls*, pro se, the appellants (plaintiffs), filed a brief.

*Matthew D. Gordon* and *Brad N. Mondschein* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.